UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADRIANNE H. ARRINGTON,

           Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

           Defendant.

Case No. C15-5906 RAJ-BAT

**ORDER AFFIRMING THE COMMISSIONER'S DECISION AND DISMISSING THE CASE**

The Court, after careful consideration of the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation.

2) The Commissioner's decision is **AFFIRMED** and this case is **DISMISSED** with prejudice.

3) The Clerk shall provide copies of this Order to the parties and Judge Tsuchida.

DATED this 31st day of October, 2016.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge